IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IDA M. SMITH, | ) | 8:05CV275 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant | ) | |

This is a social security appeal. Now that an answer has been filed and the record deposited with the clerk of the court, this case should be progressed.

Accordingly,

IT IS ORDERED that:

1. This case shall be resolved as if cross-motions for summary judgment have been filed, and the clerk of the court is directed to make appropriate entries into the court's computer- assisted record keeping system to show on the court's motion list that this case is pending on cross-motions for summary judgment and the following briefing dates have been established;

2. Plaintiff shall submit a brief by August 26, 2005;

3. Defendant shall submit a brief by September 26, 2005;

1

4.	Plaintiff may submit a reply brief by October 10, 2005;

5.	This case shall be ripe for decision on October 11, 2005.

July 26, 2005.                                   BY THE COURT:

                                                 *s/Richard G. Kopf*
                                                 United States District Judge